UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE PENALOZA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIDFIRST BANK,<br><br>        Defendant. | No. 1:17-cv-00669-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE |

On July 25, 2017, at a hearing on this matter, the court granted defendant MidFirst Bank's motion to dismiss plaintiff's complaint, with leave to amend. (Doc. No. 7.) Plaintiff was directed to file an amended complaint, if any, within thirty days. (*Id.*) Thirty days have passed since that order was issued, and no amended pleadings have been filed. Accordingly, because there is no operative complaint before this court, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

   Dated: **September 6, 2017**            /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE